U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 17 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **HENRY CAIN** | **CIVIL ACTION NO. 07-1660-P** |
| **VERSUS** | **JUDGE WALTER** |
| **COLT PALMER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this 17 day of June 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE